UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER KAY

        Plaintiff,                        CIVIL ACTION NO.

V.

HOWARD LEE SCHIFF, P.C.

        Defendant                        MAY 26, 2010

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. 336a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. 336a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-1 10a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. The Defendant, Attorney Howard Lee Schiff, is a debt collector within the FDCPA and regularly collected debt on the behalf of others including the collection of debt within the State of Connecticut.

6. Defendant Howard Lee Schiff is doing business as the Law Offices of Howard Lee Schiff, P.C., an entity involved in the collection of debt on behalf of others, which entity calls itself "a collection law firm" and has its principle place of business in East Hartford, CT.

7. On July 7, 2009 the Defendant postmarked a debt collection letter to the Plaintiff, Peter Kay that was dated July 1, 2009.

8. On August 6, 2009, in response to said letter, the Plaintiff, Peter Kay, requested a validation of debt from Defendant in writing.

9. On August 10, 2009, the Defendant commenced a small claims lawsuit against the Plaintiff to recover alleged debt of $2,666.10.

10. Defendant violated the FDCPA by continuing collection activities and by instituting a lawsuit during the 30 day stay period afforded to the Plaintiff after requesting validation of the debt.

11. Defendant violated 15 U.S.C. §§ 1692g by denying Plaintiff's rights to debt validation by demanding payment immediately.

12. In the collection efforts, Defendant violated the FDCPA, *inter alia, section* 1692d, and –g.

**Second Count.**

13. The allegations of the First Count are repeated and realleged as if fully set forth herein.

14. Within three years prior to the date of this action Defendant has engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, 336a-645 *et seq.,* or the Consumer Collection Agency Act, section 36a-800 *et seq.* Conn. Gen. Stat.

15. Defendant has committed unfair or deceptive acts or practices within the

meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et seq.*

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages;

2. Award The Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

4. Disgorgement of any funds collected by the Defendants within the State of Connecticut over the past three years.

THE PLAINTIFF

BY

Thomas C. Thornberry
Thornberry & Associates, LLC
972 East Broadway
Stratford, CT 06615
Tel (203)380-8189
Fax (203)380-8191
Fed. Juris No. ct 26742