## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PETER KAY | ) CIVIL ACTION NO. 3:10 CV 852  (SRU)
Plaintiff | )

v.

LAW OFFICES HOWARD LEE
SCHIFF, P.C.
Defendant ) AUGUST 4, 2010

### STIPULATION TO WITHDRAW

Plaintiff and defendant hereby stipulate and agree the within action is withdrawn

with prejudice and without costs to either parties.

PLAINTIFF
PETER KAY

By
Thomas Thornberry ct 26742
His Attorney
972 East Broadway
Stratford, CT 06615
(203) 380 8189

EFENDANT, LAW OFFICES
OWARD LEE SCHIFF P.C.

By
Jeanine M. Dumont ct 05021
Its Attorney
510 Tolland Street
East Hartford, CT  06108
(860) 528 9991